IN THE UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

| | | |
|---|---|---|
| JILIN FOREST INDUSTRY JINQIAO FLOORING GROUP CO., LTD., | ) ) ) | |
| Plaintiff-Appellee, | ) ) | |
| v. | ) ) | 2023-2245 |
| UNITED STATES, | ) ) ) | |
| Defendant-Appellant. | ) | |

## DEFENDANT-APPELLANT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME

Pursuant to Fed. R. App. P. 26(b), defendant-appellant, the United States, respectfully requests that the Court grant an extension of time of 14 days, to and including Thursday, January 18, 2024, within which to prepare and file defendant-appellant's brief.  Defendant-appellant's brief currently is due no later than January 4, 2024.  We previously requested and received two extensions of time for this purpose, each for 45 days.  Counsel for defendant-appellant has contacted counsel for plaintiff-appellee, who represented that plaintiff-appellee does not oppose this request.

There is good cause to grant this motion.  First, a determination has not yet been made whether to authorize this appeal.  *See* 28 C.F.R. § 0.20.  On August 1, 2023, defendant-appellant filed a protective notice of appeal in the

Court of International Trade and this Court docketed the case on August 7, 2023. While the appeal consideration process within the Department of Justice is ongoing, additional time is needed to complete and finalize this process.

    Second, additional time is needed to allow counsel for defendant-appellant to prepare a draft brief, receive required input from Department of Justice supervisory counsel, and to confer with agency counsel for the Department of Commerce regarding the content of our opening brief, assuming we obtain authorization to proceed with this appeal.

    Third, an extension of time is warranted given upcoming filings counsel for defendant-appellant has in this Court. Counsel for defendant-appellant anticipates devoting time in the next few weeks to drafting and filing a response brief by January 5, 2024 in *Moore v. McDonough*, Fed. Cir. No. 23-1867, and to drafting and filing a response brief by January 19, 2024 in *Smith v. McDonough*, Fed. Cir. No. 23-1749.

    Fourth, although we understand that the press of business in other courts is not necessarily cause for extension in this one, counsel for respondent requires additional time to draft and complete a response brief given past and upcoming deadlines in cases before the Court of Federal Claims. Counsel for respondent is or has been required to: (1) file a pretrial brief in *Silver State Land v. United States*, Fed. Cl. No. 2019-688, by December 22, 2023; (2) file a response and

cross-motion for summary judgment in *Baytos v. United States*, Fed. Cl. No. 2021-1085, by November 6, 2023; (3) file a reply brief in *Baytos v. United States*, Fed. Cl. No. 2021-1085, by January 12, 2024; and (4) file a motion to dismiss in *Judd v. United States*, Fed. Cl. No. 2023-1834, by December 15, 2023.

Accordingly, we respectfully request that the Court grant our motion for an extension of time of 14 days, to and including January 18, 2024, within which to file our opening brief.

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

PATRICIA M. McCARTHY
Director

/s/ Tara K. Hogan
TARA K. HOGAN
Assistant Director

/s/ Brendan D. Jordan
BRENDAN D. JORDAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 616-0342
Brendan.D.Jordan@usdoj.gov

December 27, 2023                              Attorneys for Respondent

## CERTIFICATE OF COMPLIANCE

I certify that, pursuant to Fed. R. App. Procedure 32(g), this motion complies with the type-volume limitation. This motion was prepared using Microsoft Word, Times New Roman, 14-point font. In making this certification, I have relied upon the word count function of the Microsoft Word software application used to prepare this motion. According to the word count, this motion contains 451 words.

/s/ Brendan D. Jordan

IN THE UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

| | | |
|---|---|---|
| JILIN FOREST INDUSTRY JINQIAO FLOORING GROUP CO., LTD., | ) ) ) | |
| Plaintiff-Appellee, | ) ) | |
| v. | ) ) ) | 2023-2245 |
| UNITED STATES, | ) ) | |
| Defendant-Appellant. | ) ) | |

**DECLARATION IN SUPPORT OF UNOPPOSED
MOTION FOR AN EXTENSION OF TIME**

I, Brendan Jordan, state the following under the penalty of perjury:

1. I am a trial attorney with the United States Department of Justice, Civil Division, Commercial Litigation Branch, Washington, D.C., and I am counsel of record for defendant-appellant, United States, in this case.

2. Pursuant to Federal Circuit Rule 26(b)(3), I submit this declaration explaining the good cause for seeking an extension of time.

3. Defendant-Appellant's opening brief is currently due no later than January 4, 2024.

4. We require a 14 day extension of time for three reasons. First, we do not currently possess authority to prosecute this appeal. More time is needed for the appeal consideration process to be completed within the Department of Justice.

5. Additional time is also needed to prepare a draft brief, receive required input from Department of Justice supervisory counsel, and to confer with agency counsel for the Department of Commerce regarding the content of our opening brief.

6. The extension of time requested is also necessary because, among other matters, I am, or have been, required to: (1) draft and file a response brief by January 5, 2024 in *Moore v. McDonough*, Fed. Cir. No. 23-1867; (2) draft and file a response brief by January 19, 2024 in *Smith v. McDonough*, Fed. Cir. No. 23-1749; (3) draft and file a pretrial brief in *Silver State Land v. United States*, Fed. Cl. No. 2019-688, by December 22, 2023; (4) draft and file a response and cross-motion for summary judgment in *Baytos v. United States*, Fed. Cl. No. 2021-1085, by November 6, 2023; (5) draft and file a reply brief in *Baytos v. United States*, Fed. Cl. No. 2021-1085, by January 12, 2024; and (6) draft and file a motion to dismiss in *Judd v. United States*, Fed. Cl. No. 2023-1834, by December 15, 2023.

6. Because of these intervening responsibilities, I require additional time to draft and finalize respondent's brief, including mandatory supervisory review.

7. On December 27, 2023, counsel for plaintiff-appellee, Lizbeth Levinson, informed me via email that plaintiff-appellee does not oppose this requested extension of time.

Executed on December 27, 2023

/s/ Brendan D. Jordan

BRENDAN D. JORDAN