NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JILIN FOREST INDUSTRY JINQIAO FLOORING GROUP CO., LTD.,**
*Plaintiff-Appellee*

v.

**UNITED STATES,**
*Defendant-Appellant*

---

2023-2245

---

Appeal from the United States Court of International Trade in No. 1:18-cv-00191-RKE, Senior Judge Richard K. Eaton.

---

**ON MOTION**

---

### O R D E R

Upon consideration of appellant's unopposed motion to further extend, until January 18, 2024, the time to file its opening brief,

2     JILIN FOREST INDUSTRY JINQIAO FLOORING GROUP CO. v. US

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

January 3, 2024
Date

Jarrett B. Perlow
Clerk of Court