IN THE UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

| | | |
|---|---|---|
| JILIN FOREST INDUSTRY JINQIAO FLOORING GROUP CO., LTD., | ) ) ) | |
| Plaintiff-Appellee, | ) ) | |
| v. | ) ) | 2023-2245 |
| UNITED STATES, | ) ) ) | |
| Defendant-Appellant. | ) | |

## **DEFENDANT-APPELLANT'S MOTION FOR AN EXTENSION OF TIME**

Pursuant to Fed. R. App. P. 26(b), defendant-appellant, the United States, respectfully requests that the Court grant an extension of time of 14 days, to and including Monday, May 13, 2024, within which to prepare and file defendant-appellant's reply brief. Defendant-appellant's brief currently is due no later than April 29, 2024. This is our first extension of time for this purpose. Counsel for defendant-appellant has contacted counsel for plaintiff-appellee, who represented that plaintiff-appellee consents to this request.

There is good cause to grant this motion. First, additional time is needed to allow counsel for defendant-appellant to prepare a draft brief, receive required input from Department of Justice supervisory counsel, and to confer with agency counsel for the Department of Commerce regarding the content of our reply brief.

Second, although we understand that the press of business in other courts is not necessarily cause for extension in this one, counsel for respondent requires additional time to draft and complete a response brief given past and upcoming deadlines in cases before the Court of Federal Claims. Counsel for respondent is or has been required to: (1) file a motion to dismiss in *ASTi v. United States*, Fed. Cl. No. 2023-2201, by April 9, 2024; (2) prepare for a trial in *Silver State Land v. United States*, Fed. Cl. No. 2019-688, scheduled to begin on July 22, 2024; and (3) complete fact discovery in *Smith v. United States*, Fed. Cl. No. 19-1348, by May 31, 2024.

Accordingly, we respectfully request that the Court grant our motion for an extension of time of 14 days, to and including May 13, 2024, within which to file our reply brief.

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

PATRICIA M. McCARTHY
Director

/s/ Tara K. Hogan
TARA K. HOGAN
Assistant Director

/s/ Brendan D. Jordan
BRENDAN D. JORDAN
Trial Attorney
Commercial Litigation Branch

|  |  |
|---|---|
|  | Civil Division<br>Department of Justice<br>P.O. Box 480<br>Ben Franklin Station<br>Washington, D.C. 20044<br>Tel: (202) 616-0342<br>Brendan.D.Jordan@usdoj.gov |
| April 22, 2024 | Attorneys for Respondent |

## CERTIFICATE OF COMPLIANCE

I certify that, pursuant to Fed. R. App. Procedure 32(g), this motion complies with the type-volume limitation. This motion was prepared using Microsoft Word, Times New Roman, 14-point font. In making this certification, I have relied upon the word count function of the Microsoft Word software application used to prepare this motion. According to the word count, this motion contains 281 words.

/s/ Brendan D. Jordan